THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
700 So. Flower Street
Suite 3350
Los Angeles, CA 90017
T: 213-929-1330 / F: 213-9291331
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LENNAR RENAISSANCE, INC., a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-CV-01198-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

    Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY ("Plaintiffs") and Defendant LENNAR RENAISSANCE, INC. ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to a 28-day extension of time for Defendant to file and serve a response to the Complaint in this action as set forth below:

    WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

    WHEREAS, Plaintiffs served Defendant with the Complaint on June 19, 2013;

1  WHEREAS, pursuant to Federal Rules of Civil Procedure 12(a)(1)(A), (e),
2  (f), 7.1(b), Defendant is required to file and serve a response to the Complaint on or
3  before July 10, 2013;
4  WHEREAS, the Parties agree and stipulate to extend that response date by 28
5  days to August 7, 2013;
6  WHEREAS, there is good cause for this extension of time because the parties
7  are attempting to resolve their disputes and the extension will permit them to do so
8  without filing unnecessary pleadings and/or other documents with the Court; and
9  WHEREAS, there have been no previous extensions of time in this action and
10 it appears that no prejudice will result from extending the time for Defendant to
11 respond to the Complaint;
12 NOW, THEREFORE, the Parties agree and stipulate to an extension of time
13 up to and including August 7, 2013 for Defendant to file and serve a response to the
14 Complaint in this action.

15 DATED: July 3. 2013                    THE AGUILERA LAW GROUP. APLC

17                                         /s/ Kimberly R. Arnal
                                           KIMBERLY R. ARNAL
18                                         Attorneys for Plaintiffs
                                           ST. PAUL FIRE AND MARINE
19                                         INSURANCE COMPANY and ST. PAUL
                                           MERCURY INSURANCE COMPANY

20 DATED: July 3. 2013                    HANSON BRIDGETT LLP

23                                         /s/ Miles C. Holden
                                           MILES C. HOLDEN
                                           Attorneys for Defendant
24                                         LENNAR RENAISSANCE, INC.

25 IT IS SO ORDERED.
26 DATED: July 3, 2013                    /s/ John A. Mendez
27                                         UNITED STATES DISTRICT JUDGE
28                                         HON. JOHN A. MENDEZ