**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants.<br><br>LENNAR RENAISSANCE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Counterdefendants. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**<br><br>COMPLAINT FILED: June 14, 2013 |

1

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

5332135.1

Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC. ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to a 28-day extension of time for Plaintiffs to file and serve a response to the Counterclaim filed by Defendant in this action and an 8-day extension of time for the Parties to serve their initial disclosures as set forth below:

WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

WHEREAS, Plaintiffs served Defendant with the Complaint on June 19, 2013;

WHEREAS, the Parties agreed and stipulated to extend that response date by 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

WHEREAS, Plaintiffs' response to the Counterclaim is due September 3, 2013;

WHEREAS, the Parties agree and stipulate to extend that response date by 28 days to October 1, 2013;

WHEREAS, the Parties previously agreed to serve initial disclosures on or before September 23, 2013;

WHEREAS, the Parties now agree and stipulate to extend that service date by 8 days to October 1, 2013;

WHEREAS, there is good cause for these extensions of time because the parties are attempting to resolve their disputes and the extensions will permit them to do so without filing unnecessary pleadings and/or other documents with the Court and without preparing and serving unnecessary documents upon each other; and

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

5332135.1

WHEREAS, there has been only one previous extension of time in this action, as ordered by the Court on July 3, 2013, and it appears that no prejudice will result from the extensions requested herein;

NOW, THEREFORE, the Parties agree and stipulate to extensions of time up to and including October 1, 2013 for Plaintiffs to file and serve a response to the Counterclaim in this action and for the Parties to serve their initial disclosures.

DATED:  August 29, 2013                    THE AGUILERA LAW GROUP, APLC


                                           /s/ Kimberly R. Arnal
                                           A. ERIC AGUILERA
                                           KIMBERLY R. ARNAL
                                           Attorneys for Plaintiffs and
                                           Counterdefendants
                                           ST. PAUL FIRE AND MARINE
                                           INSURANCE COMPANY and ST. PAUL
                                           MERCURY INSURANCE COMPANY


DATED:  August 29, 2013                    HANSON BRIDGETT LLP


                                           /s/ Miles C. Holden (authorized 8/19/13)
                                           LINDA E. KLAMM
                                           MILES C. HOLDEN
                                           Attorneys for Defendant and
                                           Counterclaimant
                                           LENNAR RENAISSANCE, INC.


IT IS SO ORDERED.

DATED:  8/29/2013                          /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           U. S. DISTRICT COURT JUDGE

3

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

5332135.1