**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**<br><br>COMPLAINT FILED: June 14, 2013 |
| LENNAR RENAISSANCE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Counterdefendants. | |

1

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

5332135.1

Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC. ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to a 28-day extension of time for Plaintiffs to file and serve a response to the Counterclaim filed by Defendant in this action and an 8-day extension of time for the Parties to serve their initial disclosures as set forth below:

WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

WHEREAS, Plaintiffs served Defendant with the Complaint on June 19, 2013;

WHEREAS, the Parties agreed and stipulated to extend that response date by 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

WHEREAS, Plaintiffs' response to the Counterclaim is due September 3, 2013;

WHEREAS, the Parties agree and stipulate to extend that response date by 28 days to October 1, 2013;

WHEREAS, the Parties previously agreed to serve initial disclosures on or before September 23, 2013;

WHEREAS, the Parties now agree and stipulate to extend that service date by 8 days to October 1, 2013;

WHEREAS, there is good cause for these extensions of time because the parties are attempting to resolve their disputes and the extensions will permit them to do so without filing unnecessary pleadings and/or other documents with the Court and without preparing and serving unnecessary documents upon each other; and

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

5332135.1

1  WHEREAS, there has been only one previous extension of time in this action,
2  as ordered by the Court on July 3, 2013, and it appears that no prejudice will result
3  from the extensions requested herein;
4  NOW, THEREFORE, the Parties agree and stipulate to extensions of time up
5  to and including October 1, 2013 for Plaintiffs to file and serve a response to the
6  Counterclaim in this action and for the Parties to serve their initial disclosures.

8  DATED: August 29, 2013         THE AGUILERA LAW GROUP, APLC

10                                  */s/ Kimberly R. Arnal*
                                    A. ERIC AGUILERA
11                                  KIMBERLY R. ARNAL
                                    Attorneys for Plaintiffs and
12                                  Counterdefendants
13                                  ST. PAUL FIRE AND MARINE
                                    INSURANCE COMPANY and ST. PAUL
14                                  MERCURY INSURANCE COMPANY

15  DATED: August 29, 2013         HANSON BRIDGETT LLP
16

18                                  */s/ Miles C. Holden (authorized 8/19/13)*
                                    LINDA E. KLAMM
19                                  MILES C. HOLDEN
                                    Attorneys for Defendant and
20                                  Counterclaimant
                                    LENNAR RENAISSANCE, INC.
21

22  IT IS SO ORDERED.
23

24  DATED: 8/29/2013               /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
25                                 U. S. DISTRICT COURT JUDGE

28

3

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

5332135.1