1

**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)

2

Kimberly R. Arnal (SBN 200448)

3

650 Town Center Drive, Suite 100

4

Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601

5

eaguilera@aguileragroup.com

6

karnal@aguileragroup.com

7

Attorneys for Plaintiffs and Counterdefendants

8

9

# UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12

13

14

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a Minnesota
corporation; ST. PAUL MERCURY
INSURANCE COMPANY, a Minnesota
corporation

Plaintiff,

15

vs.

16

17

18

LENNAR RENAISSANCE, INC. a
California corporation; and DOES 1
through 10 inclusive,

19

Defendants.

20

21

LENNAR RENAISSANCE, INC.,

22

Counterclaimant,

23

vs.

24

25

26

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY; and ST.
PAUL MERCURY INSURANCE
COMPANY,

Counterdefendants.

27

28

Case No. 2:13-CV-01198-JAM-CKD
Hon. John A. Mendez

**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**

COMPLAINT FILED: June 14, 2013

5850371.1

1

1    Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE

2 INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

3 ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC.

4 ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to

5 Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an

6 additional 21-day extension of time for Plaintiffs to file and serve a response to the

7 Counterclaim filed by Defendant in this action and a 21-day extension of time for

8 the Parties to serve their initial disclosures as set forth below:

9    WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

10    WHEREAS, Plaintiffs served Defendant with the Complaint on June 19,

11 2013;

12    WHEREAS, the Parties agreed and stipulated to extend that response date by

13 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

14    WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

15    WHEREAS, the Parties agreed and stipulated to extend Plaintiffs' deadline to

16 file and serve a response to Defendant's Counterclaim ("Response Deadline") by 28

17 days to October 1, 2013; and this Court ordered that extension on August 29, 2013;

18    WHEREAS, the Parties agreed and stipulated to extend the date to serve

19 initial disclosures ("Disclosures Deadline") by 8 days to October 1, 2013; and this

20 Court ordered that extension on August 29, 2013;

21    WHEREAS, the Parties now agree and stipulate to extend Plaintiff's

22 Response Deadline by an additional 21 days to October 22, 2013;

23    WHEREAS, the Parties now agree and stipulate to extend the Disclosures

24 Deadline by an additional 21 days to October 22, 2013;

25    WHEREAS, there is good cause for these extensions of time because the

26 parties are actively discussing settlement and attempting to resolve their disputes and

27 the extensions will permit them to do so without filing unnecessary pleadings and/or

28 other documents with the Court and without preparing and serving unnecessary

5850371.1

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1    documents upon each other; and

2          WHEREAS, there has been only two previous extensions of time in this

3    action, as ordered by the Court on July 3, 2013 and August 29, 2013, and it appears

4    that no prejudice will result from the extensions requested herein;

5          NOW, THEREFORE, the Parties agree and stipulate to extensions of time up

6    to and including October 22, 2013 for Plaintiffs to file and serve a response to the

7    Counterclaim in this action and for the Parties to serve their initial disclosures.

8

9    DATED:  September 25, 2013            THE AGUILERA LAW GROUP, APLC

10

11                                        */s/ Kimberly R. Arnal*
                                          A. ERIC AGUILERA
12                                        KIMBERLY R. ARNAL
                                          Attorneys for Plaintiffs and
13                                        Counterdefendants
                                          ST. PAUL FIRE AND MARINE
14                                        INSURANCE COMPANY and ST. PAUL
                                          MERCURY INSURANCE COMPANY
15

16   DATED:  September 25, 2013            HANSON BRIDGETT LLP

17

18                                        */s/ Miles C. Holden (authorized 9/25/13)*
                                          LINDA E. KLAMM
19                                        MILES C. HOLDEN
                                          Attorneys for Defendant and
20                                        Counterclaimant
                                          LENNAR RENAISSANCE, INC.
21

22

23   IT IS SO ORDERED.

24

25   DATED:  9/25/2013                     /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE
26                                        HON. JOHN A. MENDEZ

27

28

5850371.1

**Case No.: 2:13-CV-01198-JAM-CKD**
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO**
**RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**