**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**<br><br>COMPLAINT FILED: June 14, 2013 |
| LENNAR RENAISSANCE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Counterdefendants. | |

5850371.1

1

**Case No.: 2:13-CV-01198-JAM-CKD**
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**

1  Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE
2  INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY
3  ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC.
4  ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to
5  Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an
6  additional 21-day extension of time for Plaintiffs to file and serve a response to the
7  Counterclaim filed by Defendant in this action and a 21-day extension of time for
8  the Parties to serve their initial disclosures as set forth below:

9  WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

10  WHEREAS, Plaintiffs served Defendant with the Complaint on June 19,
11  2013;

12  WHEREAS, the Parties agreed and stipulated to extend that response date by
13  28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

14  WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

15  WHEREAS, the Parties agreed and stipulated to extend Plaintiffs' deadline to
16  file and serve a response to Defendant's Counterclaim ("Response Deadline") by 28
17  days to October 1, 2013; and this Court ordered that extension on August 29, 2013;

18  WHEREAS, the Parties agreed and stipulated to extend the date to serve
19  initial disclosures ("Disclosures Deadline") by 8 days to October 1, 2013; and this
20  Court ordered that extension on August 29, 2013;

21  WHEREAS, the Parties agreed and stipulated to extend Plaintiff's Response
22  Deadline and initial disclosures by an additional 21 days to October 22, 2013; and
23  this Court ordered that extension on September 25, 2013;

24  WHEREAS, the Parties now agree and stipulate to extend the Disclosures
25  Deadline and the Response Deadline by an additional 21 days to November 12,
26  2013;

27  WHEREAS, there is good cause for these extensions of time because the
28  parties are actively and meaningfully discussing settlement; the parties are making

5850371.1

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

significant strides to resolving their disputes and anticipate concluding their settlement discussions within the next 2-weeks; and the extensions will permit them to do so without filing unnecessary pleadings and/or other documents with the Court and without preparing and serving unnecessary documents upon each other; and

WHEREAS, there has been only three previous extensions of time in this action, as ordered by the Court on July 3, 2013, August 29, 2013 and September 25, 2013, and it appears that no prejudice will result from the extensions requested herein;

NOW, THEREFORE, the Parties agree and stipulate to extensions of time up to and including November 12, 2013 for Plaintiffs to file and serve a response to the Counterclaim in this action and for the Parties to serve their initial disclosures.

DATED:  October 18, 2013                    THE AGUILERA LAW GROUP, APLC

 */s/ Kimberly R. Arnal*
A. ERIC AGUILERA
KIMBERLY R. ARNAL
Attorneys for Plaintiffs and Counterdefendants
ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

DATED:  October 18, 2013                    HANSON BRIDGETT LLP

 */s/ Miles C. Holden (authorized 10/18/13)*
LINDA E. KLAMM
MILES C. HOLDEN
Attorneys for Defendant and Counterclaimant
LENNAR RENAISSANCE, INC.

5850371.1

3

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1  IT IS SO ORDERED.

3  DATED: 10/18/2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

5850371.1

4

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On October 18, 2013, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES** on the interested parties in this action.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on October 18, 2013, I electronically transmitted the attached document to the United States District Court and/or the U.S. District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 18, 2013 at Los Angeles, California.

_____*/s/ Judy Jaramillo*_____
Judy Jaramillo

5850371.1

5

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES