**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**<br><br>COMPLAINT FILED: June 14, 2013 |
| LENNAR RENAISSANCE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Counterdefendants. | |

5850371.1

1

1  Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE
2  INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY
3  ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC.
4  ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to
5  Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an
6  additional 21-day extension of time for Plaintiffs to file and serve a response to the
7  Counterclaim filed by Defendant in this action and a 21-day extension of time for
8  the Parties to serve their initial disclosures as set forth below:

9  WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

10 WHEREAS, Plaintiffs served Defendant with the Complaint on June 19,
11 2013;

12 WHEREAS, the Parties agreed and stipulated to extend that response date by
13 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

14 WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

15 WHEREAS, the Parties agreed and stipulated to extend Plaintiffs' deadline to
16 file and serve a response to Defendant's Counterclaim ("Response Deadline") by 28
17 days to October 1, 2013; and this Court ordered that extension on August 29, 2013;

18 WHEREAS, the Parties agreed and stipulated to extend the date to serve
19 initial disclosures ("Disclosures Deadline") by 8 days to October 1, 2013; and this
20 Court ordered that extension on August 29, 2013;

21 WHEREAS, the Parties agreed and stipulated to extend Plaintiff's Response
22 Deadline and initial disclosures by an additional 21 days to October 22, 2013; and
23 this Court ordered that extension on September 25, 2013;

24 WHEREAS, the Parties now agree and stipulate to extend the Disclosures
25 Deadline and the Response Deadline by an additional 21 days to November 12,
26 2013;

27 WHEREAS, there is good cause for these extensions of time because the
28 parties are actively and meaningfully discussing settlement; the parties are making

5850371.1

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1  significant strides to resolving their disputes and anticipate concluding their
2  settlement discussions within the next 2-weeks; and the extensions will permit them
3  to do so without filing unnecessary pleadings and/or other documents with the Court
4  and without preparing and serving unnecessary documents upon each other; and

5      WHEREAS, there has been only three previous extensions of time in this
6  action, as ordered by the Court on July 3, 2013, August 29, 2013 and September 25,
7  2013, and it appears that no prejudice will result from the extensions requested
8  herein;

9      NOW, THEREFORE, the Parties agree and stipulate to extensions of time up
10 to and including November 12, 2013 for Plaintiffs to file and serve a response to the
11 Counterclaim in this action and for the Parties to serve their initial disclosures.

13 DATED:  October 18, 2013    THE AGUILERA LAW GROUP, APLC

15                          */s/ Kimberly R. Arnal*
16                          A. ERIC AGUILERA
                         KIMBERLY R. ARNAL
17                          Attorneys for Plaintiffs and
                         Counterdefendants
18                          ST. PAUL FIRE AND MARINE
                         INSURANCE COMPANY and ST. PAUL
                         MERCURY INSURANCE COMPANY

20 DATED:  October 18, 2013    HANSON BRIDGETT LLP

22                          */s/ Miles C. Holden (authorized 10/18/13)*
23                          LINDA E. KLAMM
                         MILES C. HOLDEN
24                          Attorneys for Defendant and
                         Counterclaimant
25                          LENNAR RENAISSANCE, INC.

5850371.1

3

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1   IT IS SO ORDERED.

3   DATED: 10/18/2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

5850371.1

4

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On October 18, 2013, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES** on the interested parties in this action.

☒   (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT)  I certify that on October 18, 2013, I electronically transmitted the attached document to the United States District Court and/or the U.S. District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☐   (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 18, 2013 at Los Angeles, California.

_____/s/ Judy Jaramillo_____

Judy Jaramillo

5850371.1

5

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES