1
2
3
4
5
6

**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

7   Attorneys for Plaintiffs and Counterdefendants

8

9   **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

11
12
13
14
15
16

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a Minnesota
corporation; ST. PAUL MERCURY
INSURANCE COMPANY, a Minnesota
corporation

        Plaintiff,

        vs.

17
18
19

LENNAR RENAISSANCE, INC. a
California corporation; and DOES 1
through 10 inclusive,

        Defendants.

20

21

LENNAR RENAISSANCE, INC.,

22          Counterclaimant,

23          vs.

24
25
26

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY; and ST.
PAUL MERCURY INSURANCE
COMPANY,

27          Counterdefendants.

28

Case No. 2:13-CV-01198-JAM-CKD
Hon. John A. Mendez

**STIPULATION AND ORDER TO
FURTHER EXTEND TIME FOR
PLAINTIFFS TO RESPOND TO
COUNTERCLAIM AND FOR THE
PARTIES TO SERVE INITIAL
DISCLOSURES**

COMPLAINT FILED: June 14, 2013

5850371.1

1

1      Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE

2 INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY

3 ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC.

4 ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to

5 Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an

6 additional 28-day extension of time for Plaintiffs to file and serve a response to the

7 Counterclaim filed by Defendant in this action and a further 28-day extension of

8 time for the Parties to serve their initial disclosures as set forth below:

9      WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

10      WHEREAS, Plaintiffs served Defendant with the Complaint on June 19,

11 2013;

12      WHEREAS, the Parties agreed and stipulated to extend that response date by

13 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

14      WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

15      WHEREAS, the Parties previously agreed and stipulated to extend Plaintiffs'

16 deadline to file and serve a response to Defendant's Counterclaim ("Response

17 Deadline") by accumulative 91 days to November 12, 2013; and this Court ordered

18 those extensions on August 29, 2013, September 25, 2013 and October 18, 2013;

19      WHEREAS, the Parties agreed and stipulated to extend the date to serve

20 initial disclosures ("Disclosures Deadline") by a cumulative 71 days to November

21 12; and this Court ordered that extension on August 29, 2013, September 25, 2013

22 and October 18, 2013;

23      WHEREAS, the Parties now agree and stipulate to further extend the

24 Disclosures Deadline and the Response Deadline by an additional 28 days to

25 December 10, 2013;

26      WHEREAS, there is good cause for these extensions of time because the

27 parties are actively and meaningfully discussing settlement; the parties are making

28 significant strides to resolving their disputes and anticipate concluding their

1  settlement discussions within the next 4-weeks; and the extensions will permit them

2  to do so without filing unnecessary pleadings and/or other documents with the Court

3  and without preparing and serving unnecessary documents upon each other; and

4  　　　WHEREAS, there has been only four previous extensions of time in this

5  action, as ordered by the Court on July 3, 2013, August 29, 2013, September 25,

6  2013 and October 18, 2013, and it appears that no prejudice will result from the

7  extensions requested herein;

8  　　　NOW, THEREFORE, the Parties agree and stipulate to extensions of time up

9  to and including December 10, 2013 for Plaintiffs to file and serve a response to the

10  Counterclaim in this action and for the Parties to serve their initial disclosures.

11

12  DATED:  November 7, 2013　　　　THE AGUILERA LAW GROUP, APLC

13

14  　　　　　　　　　　　　　　　*/s/ Kimberly R. Arnal*
    　　　　　　　　　　　　　　　A. ERIC AGUILERA

15  　　　　　　　　　　　　　　　KIMBERLY R. ARNAL
    　　　　　　　　　　　　　　　Attorneys for Plaintiffs and

16  　　　　　　　　　　　　　　　Counterdefendants
    　　　　　　　　　　　　　　　ST. PAUL FIRE AND MARINE

17  　　　　　　　　　　　　　　　INSURANCE COMPANY and ST. PAUL
    　　　　　　　　　　　　　　　MERCURY INSURANCE COMPANY

18

19  DATED:  November 7, 2013　　　　HANSON BRIDGETT LLP

20

21  　　　　　　　　　　　　　　　*/s/ Miles C. Holden (authorized 11/6/13)*
    　　　　　　　　　　　　　　　LINDA E. KLAMM

22  　　　　　　　　　　　　　　　MILES C. HOLDEN
    　　　　　　　　　　　　　　　Attorneys for Defendant and

23  　　　　　　　　　　　　　　　Counterclaimant
    　　　　　　　　　　　　　　　LENNAR RENAISSANCE, INC.

24

25

26

27

28

5850371.1

Case No.: 2:13-CV-01198-JAM-CKD
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**

1   IT IS SO ORDERED.

2

3   DATED:    November 7, 2013

4                                          /s/ John A. Mendez
                                           United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 2:13-CV-01198-JAM-CKD
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**