**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**<br><br>COMPLAINT FILED: June 14, 2013 |
| LENNAR RENAISSANCE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Counterdefendants. | |

5850371.1

1

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1  Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE
2  INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY
3  ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC.
4  ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to
5  Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an
6  additional 28-day extension of time for Plaintiffs to file and serve a response to the
7  Counterclaim filed by Defendant in this action and a further 28-day extension of
8  time for the Parties to serve their initial disclosures as set forth below:

9  WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

10 WHEREAS, Plaintiffs served Defendant with the Complaint on June 19,
11 2013;

12 WHEREAS, the Parties agreed and stipulated to extend that response date by
13 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

14 WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

15 WHEREAS, the Parties previously agreed and stipulated to extend Plaintiffs'
16 deadline to file and serve a response to Defendant's Counterclaim ("Response
17 Deadline") by accumulative 91 days to November 12, 2013; and this Court ordered
18 those extensions on August 29, 2013, September 25, 2013 and October 18, 2013;

19 WHEREAS, the Parties agreed and stipulated to extend the date to serve
20 initial disclosures ("Disclosures Deadline") by a cumulative 71 days to November
21 12; and this Court ordered that extension on August 29, 2013, September 25, 2013
22 and October 18, 2013;

23 WHEREAS, the Parties now agree and stipulate to further extend the
24 Disclosures Deadline and the Response Deadline by an additional 28 days to
25 December 10, 2013;

26 WHEREAS, there is good cause for these extensions of time because the
27 parties are actively and meaningfully discussing settlement; the parties are making
28 significant strides to resolving their disputes and anticipate concluding their

5850371.1

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1  settlement discussions within the next 4-weeks; and the extensions will permit them
2  to do so without filing unnecessary pleadings and/or other documents with the Court
3  and without preparing and serving unnecessary documents upon each other; and
4      WHEREAS, there has been only four previous extensions of time in this
5  action, as ordered by the Court on July 3, 2013, August 29, 2013, September 25,
6  2013 and October 18, 2013, and it appears that no prejudice will result from the
7  extensions requested herein;
8      NOW, THEREFORE, the Parties agree and stipulate to extensions of time up
9  to and including December 10, 2013 for Plaintiffs to file and serve a response to the
10 Counterclaim in this action and for the Parties to serve their initial disclosures.

11
12 DATED:  November 7, 2013        THE AGUILERA LAW GROUP, APLC
13
14                                           */s/ Kimberly R. Arnal*
15                                           A. ERIC AGUILERA
                                          KIMBERLY R. ARNAL
16                                           Attorneys for Plaintiffs and
                                          Counterdefendants
17                                           ST. PAUL FIRE AND MARINE
                                          INSURANCE COMPANY and ST. PAUL
18                                           MERCURY INSURANCE COMPANY

19 DATED:  November 7, 2013        HANSON BRIDGETT LLP
20
21                                           */s/ Miles C. Holden (authorized 11/6/13)*
22                                           LINDA E. KLAMM
                                          MILES C. HOLDEN
23                                           Attorneys for Defendant and
                                          Counterclaimant
24                                           LENNAR RENAISSANCE, INC.
25
26
27
28

5850371.1

3

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1. IT IS SO ORDERED.

2.

3. DATED:    November 7, 2013

4.                                             /s/ John A. Mendez
                                            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                            United States District Court Judge

5850371.1

4

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES