**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**<br><br>COMPLAINT FILED: June 14, 2013 |
| LENNAR RENAISSANCE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Counterdefendants. | |

1

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1  Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE
2  INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY
3  ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC.
4  ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to
5  Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an
6  additional 14-day extension of time for Plaintiffs to file and serve a response to the
7  Counterclaim filed by Defendant in this action and a further 14-day extension of
8  time for the Parties to serve their initial disclosures as set forth below:

9  WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

10  WHEREAS, Plaintiffs served Defendant with the Complaint on June 19,
11  2013;

12  WHEREAS, the Parties agreed and stipulated to extend that response date by
13  28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

14  WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

15  WHEREAS, the Parties previously agreed and stipulated to extend Plaintiffs'
16  deadline to file and serve a response to Defendant's Counterclaim ("Response
17  Deadline") by a cumulative 119 days to December 10, 2013; and this Court ordered
18  those extensions on August 29, 2013, September 25, 2013, October 18, 2013 and
19  November 7, 2013;

20  WHEREAS, the Parties agreed and stipulated to extend the date to serve
21  initial disclosures ("Disclosures Deadline") by a cumulative 99 days to
22  December 10, 2013; and this Court ordered that extension on August 29, 2013,
23  September 25, 2013, October 18, 2013 and November 7, 2013;

24  WHEREAS, the Parties now agree and stipulate to further extend the
25  Disclosures Deadline and the Response Deadline by an additional 14 days to
26  December 24, 2013;

27  WHEREAS, there is good cause for these extensions of time because the
28  Parties have circulated a draft written settlement agreement for all Parties' approval

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1  and signature and the extensions will permit the Parties to finalize their settlement
2  without filing unnecessary pleadings and/or other documents with the Court and
3  without preparing and serving unnecessary documents upon each other;
4     NOW, THEREFORE, the Parties agree and stipulate to extensions of time up
5  to and including December 24, 2013 for Plaintiffs to file and serve a response to the
6  Counterclaim in this action and for the Parties to serve their initial disclosures.

DATED:  December 9, 2013                THE AGUILERA LAW GROUP, APLC

                                                                                               */s/ Kimberly R. Arnal*
A. ERIC AGUILERA
KIMBERLY R. ARNAL
Attorneys for Plaintiffs and
Counterdefendants
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY and ST. PAUL
MERCURY INSURANCE COMPANY

DATED:  December 9, 2013                HANSON BRIDGETT LLP

                                                   */s/ Miles C. Holden (authorized 12/9/13)*
LINDA E. KLAMM
MILES C. HOLDEN
Attorneys for Defendant and
Counterclaimant
LENNAR RENAISSANCE, INC.

IT IS SO ORDERED.

DATED:  12/10/2013                      /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE
                                        HON. JOHN A. MENDEZ

3

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES