1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera (SBN 192390)
   Kimberly R. Arnal (SBN 200448)
3  650 Town Center Drive, Suite 100
4  Costa Mesa, CA 92626
   T: 714.384.6600 / F: 714.384.6601
5  eaguilera@aguileragroup.com
6  karnal@aguileragroup.com

7  Attorneys for Plaintiffs and Counterdefendants

8
                    **UNITED STATES DISTRICT COURT**
9
           **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**
10

11 | ST. PAUL FIRE AND MARINE | Case No. 2:13-CV-01198-JAM-CKD
12 | INSURANCE COMPANY, a Minnesota | Hon. John A. Mendez
   | corporation; ST. PAUL MERCURY |
13 | INSURANCE COMPANY, a Minnesota | **STIPULATION AND ORDER TO**
   | corporation | **FURTHER EXTEND TIME FOR**
14 |                              | **PLAINTIFFS TO RESPOND TO**
   | Plaintiff,                   | **COUNTERCLAIM AND FOR THE**
15 |                              | **PARTIES TO SERVE INITIAL**
   | vs.                          | **DISCLOSURES**
16 |                              |
17 | LENNAR RENAISSANCE, INC. a   | COMPLAINT FILED: June 14, 2013
   | California corporation; and DOES 1 |
18 | through 10 inclusive,        |
19 | Defendants.                  |
20 |                              |
21 | LENNAR RENAISSANCE, INC.,    |
22 | Counterclaimant,             |
23 | vs.                          |
24 | ST. PAUL FIRE AND MARINE     |
   | INSURANCE COMPANY; and ST.   |
25 | PAUL MERCURY INSURANCE       |
   | COMPANY,                     |
26 |                              |
27 | Counterdefendants.           |
28

---

1

**Case No.: 2:13-CV-01198-JAM-CKD**
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC. ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an additional 14-day extension of time for Plaintiffs to file and serve a response to the Counterclaim filed by Defendant in this action and a further 14-day extension of time for the Parties to serve their initial disclosures as set forth below:

WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

WHEREAS, Plaintiffs served Defendant with the Complaint on June 19, 2013;

WHEREAS, the Parties agreed and stipulated to extend that response date by 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

WHEREAS, the Parties previously agreed and stipulated to extend Plaintiffs' deadline to file and serve a response to Defendant's Counterclaim ("Response Deadline") by a cumulative 119 days to December 10, 2013; and this Court ordered those extensions on August 29, 2013, September 25, 2013, October 18, 2013 and November 7, 2013;

WHEREAS, the Parties agreed and stipulated to extend the date to serve initial disclosures ("Disclosures Deadline") by a cumulative 99 days to December 10, 2013; and this Court ordered that extension on August 29, 2013, September 25, 2013, October 18, 2013 and November 7, 2013;

WHEREAS, the Parties now agree and stipulate to further extend the Disclosures Deadline and the Response Deadline by an additional 14 days to December 24, 2013;

WHEREAS, there is good cause for these extensions of time because the Parties have circulated a draft written settlement agreement for all Parties' approval

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1  and signature and the extensions will permit the Parties to finalize their settlement
2  without filing unnecessary pleadings and/or other documents with the Court and
3  without preparing and serving unnecessary documents upon each other;
4          NOW, THEREFORE, the Parties agree and stipulate to extensions of time up
5  to and including December 24, 2013 for Plaintiffs to file and serve a response to the
6  Counterclaim in this action and for the Parties to serve their initial disclosures.

7
8  DATED:  December 9, 2013                    THE AGUILERA LAW GROUP, APLC
9
10                                                              */s/ Kimberly R. Arnal*
                                                                A. ERIC AGUILERA
11                                                              KIMBERLY R. ARNAL
                                                                Attorneys for Plaintiffs and
12                                                              Counterdefendants
                                                                ST. PAUL FIRE AND MARINE
13                                                              INSURANCE COMPANY and ST. PAUL
                                                                MERCURY INSURANCE COMPANY
14
15 DATED:  December 9, 2013                    HANSON BRIDGETT LLP
16
17                                                              */s/ Miles C. Holden (authorized 12/9/13)*
                                                                LINDA E. KLAMM
18                                                              MILES C. HOLDEN
                                                                Attorneys for Defendant and
19                                                              Counterclaimant
                                                                LENNAR RENAISSANCE, INC.
20
21
22 IT IS SO ORDERED.
23
24 DATED:  12/10/2013                          /s/ John A. Mendez
                                                                UNITED STATES DISTRICT JUDGE
25                                                              HON. JOHN A. MENDEZ
26
27
28

3

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES