1  THE AGUILERA LAW GROUP, APLC
2  A. Eric Aguilera (SBN 192390)
   Kimberly R. Arnal (SBN 200448)
3  650 Town Center Drive, Suite 100
4  Costa Mesa, CA 92626
   T: 714.384.6600 / F: 714.384.6601
5  eaguilera@aguileragroup.com
6  karnal@aguileragroup.com

7  Attorneys for Plaintiffs and Counterdefendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES**<br><br>COMPLAINT FILED: June 14, 2013 |
| LENNAR RENAISSANCE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Counterdefendants. | |

6021312.1

1

Plaintiffs and Counterdefendants ST. PAUL FIRE AND MARINE INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY ("Plaintiffs") and Defendant and Counterclaimant LENNAR RENAISSANCE, INC. ("Defendant") (collectively, the "Parties"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, hereby stipulate to an additional 28-day extension of time for Plaintiffs to file and serve a response to the Counterclaim filed by Defendant in this action and a further 28-day extension of time for the Parties to serve their initial disclosures as set forth below:

WHEREAS, Plaintiffs filed the Complaint on June 14, 2013;

WHEREAS, Plaintiffs served Defendant with the Complaint on June 19, 2013;

WHEREAS, the Parties agreed and stipulated to extend that response date by 28 days to August 7, 2013 and this Court ordered that extension on July 3, 2013;

WHEREAS, Defendant filed an Answer and Counterclaim on August 7, 2013;

WHEREAS, the Parties previously agreed and stipulated to extend Plaintiffs' deadline to file and serve a response to Defendant's Counterclaim ("Response Deadline") by a cumulative 133 days to December 24, 2013; and this Court ordered those extensions on August 29, 2013, September 25, 2013, October 18, 2013, November 7, 2013 and December 10, 2013;

WHEREAS, the Parties agreed and stipulated to extend the date to serve initial disclosures ("Disclosures Deadline") by a cumulative 113 days to December 24, 2013; and this Court ordered that extension on August 29, 2013, September 25, 2013, October 18, 2013, November 7, 2013 and December 10, 2013;

WHEREAS, the Parties now agree and stipulate to further extend the Disclosures Deadline and the Response Deadline by an additional 28 days to January 21, 2014;

WHEREAS, there is good cause for these extensions of time because the Parties have circulated a draft written settlement agreement for all Parties' approval

6021312.1

2

Case No.: 2:13-CV-01198-JAM-CKD
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIM AND FOR THE PARTIES TO SERVE INITIAL DISCLOSURES

1 and signature and the extensions will permit the Parties to finalize their settlement
2 without filing unnecessary pleadings and/or other documents with the Court and
3 without preparing and serving unnecessary documents upon each other;
4    NOW, THEREFORE, the Parties agree and stipulate to extensions of time up
5 to and including January 21, 2014 for Plaintiffs to file and serve a response to the
6 Counterclaim in this action and for the Parties to serve their initial disclosures.

DATED: December 20, 2013          THE AGUILERA LAW GROUP, APLC

                                  /s/ Kimberly R. Arnal
                                  A. ERIC AGUILERA
                                  KIMBERLY R. ARNAL
                                  Attorneys for Plaintiffs and
                                  Counterdefendants
                                  ST. PAUL FIRE AND MARINE
                                  INSURANCE COMPANY and ST. PAUL
                                  MERCURY INSURANCE COMPANY

DATED: December 20, 2013          HANSON BRIDGETT LLP

                                  /s/ Miles C. Holden (authorized 12/20/13)
                                  LINDA E. KLAMM
                                  MILES C. HOLDEN
                                  Attorneys for Defendant and
                                  Counterclaimant
                                  LENNAR RENAISSANCE, INC.

IT IS SO ORDERED.

DATED: December 24, 2013

                                  UNITED STATES DISTRICT JUDGE

6021312.1

3