**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR RENAISSANCE, INC. a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 2:13-CV-01198-JAM-CKD<br>Hon. John A. Mendez<br><br>**STIPULATION TO DISMISS** |

**WHEREAS,** Plaintiffs St. Paul Fire and Marine Insurance Company ("St. Paul Fire") and St. Paul Mercury Insurance Company ("St. Paul Mercury") filed the present lawsuit on June 14, 2013;

**WHEREAS,** Defendant Lennar Renaissance, Inc. ("Lennar") filed a Counterclaim on August 7, 2013 and named St. Paul Fire and St. Paul Mercury as Counterdefendants;

**WHEREAS,** St. Paul Fire and St. Paul Mercury wish to dismiss, with prejudice, their Complaint against Lennar;

/ / /

1

**WHEREAS,** Lennar wishes to dismiss, with prejudice, its Counterclaim against St. Paul Fire and St. Paul Mercury;

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** St. Paul Fire and St. Paul Mercury and Lennar, through their designated counsel, that the Complaint against Lennar be and is hereby dismissed with prejudice from the above-entitled action pursuant to FRCP 41(a)(1);

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** Lennar and St. Paul Fire and St. Paul Mercury, through their designated counsel, that the Counterclaim against St. Paul Fire and St. Paul Mercury be and is hereby dismissed with prejudice from the above-entitled action pursuant to FRCP 41(a)(1);

St. Paul Fire and St. Paul Mercury and Lennar further stipulate to bear their own costs and fees.

Dated:  January 16, 2014            **THE AGUILERA LAW GROUP, APLC**

                                   _____*/s/ Kimberly R. Arnal*_____
                                   A. Eric Aguilera, Esq.
                                   Kimberly R. Arnal, Esq.
                                   Attorneys for Plaintiffs and Counterdefendants St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company

Dated:  January 16, 2014            **HANSON BRIDGETT LLP**

                                   _*/s/ Miles C. Holden (authorized 1/16/14)*_____
                                   Linda E. Klamm, Esq.
                                   Miles C. Holden, Esq.
                                   Attorneys for Defendant and Counterclaimant,
                                   Lennar Renaissance, Inc.

IT IS SO ORDERED.

DATED:  1/16/2014            /s/ John A. Mendez_____

                                   UNITED STATES DISTRICT COURT JUDGE